## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CHRISTINA SIMS, | : | Chapter 13 |
| | | : | |
| | Debtor(s) | : | Bky. No. 04-16783ELF |
| | | : | |

# O R D E R

## AMENDING MEMORANDUM OPINION

The caption in the Memorandum Opinion issued in the above captioned bankruptcy case on December 28, 2006 is hereby amended to reflect that the case is a Chapter 13 Bankruptcy case.

Date:  January 3, 2007  
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**